SAM GOOLSBY v. THE STATE.

No. 7021.  Decided June 14, 1922.

Assault to Murder—Statement of Facts—Practice on Appeal.

In the absence of a statement of facts, the bills of exceptions cannot be considered, the proceedings being regular, the conviction is sustained.

Appeal from the District Court of Hardin.  Tried below before the Honorable B. F. Singleton.

Appeal from a conviction with intent to murder; penalty, two years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*R. G. Storey,* Assistant Attorney General, for the State.

LATTIMORE, JUDGE.—Appellant was convicted in the District Court of Hardin County of assault with intent to murder, and his punishment fixed at two years in the penitentiary.

There is no statement of facts in the record, and appellant's bills of exception cannot be considered by us because of the fact that in order to properly appraise same and ascertain therefrom whether any

error was committed by the trial court in the matters complained of in said bills of exception, it would be necessary for us to have before us a statement of the facts.

Because of our inability to decide favorably to appellant's contentions any of the matters set up in said bills of exception in the absence of a statement of facts, and finding no error in the record, the judgment of the trial court will be affirmed.

*Affirmed.*